UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE UNITED STATES OF AMERICA
FOR THE USE OF FRANK-LIN
SERVICES OF BREVARD, LLC,
a Florida Limited Liability Corporation
and
FRANK-LIN SERVICES OF BREVARD, LLC,
a Florida Limited Liability Corporation

    Plaintiffs,

v.    Case No. 1:22-cv-00597-PTG-IDD

LEEBCOR SERVICES, LLC, a Virginia
Limited Liability Corporation,
and
THE CINCINNATI INSURANCE COMPANY,
an Ohio Corporation,

    Defendants.

## CONSENT ORDER

CAME THIS DAY Defendant Leebcor Services, LLC, and Defendant The Cincinnati Insurance Company (collectively "Defendants") by counsel, to request that this matter be transferred to the United States District Court for the Eastern District of Virginia, Newport News Division as required under the governing subcontract agreement.

WHEREAS, based on Defendants' Motion to Transfer Venue and accompanying Memorandum of Law; and

WHEREAS, Plaintiff Frank-Lin Services of Brevard, LLC consents only to the relief requested in Defendants' Motion to Transfer Venue and accompanying Memorandum of Law;

It is accordingly ADJUDGED and ORDERED, for good cause shown, that this matter is transferred to the United States District Court for the Eastern District of Virginia, Newport New Division.

IT IS FURTHER ORDERED that Defendants shall file responsive pleadings within twenty-one days after the date of this Order.

Entered this 12th day of January, 2022.

Patricia Tolliver Giles
United States District Judge

**WE ASK FOR THIS:**

/s/ Susan Childers North
Susan Childers North, Esq. (VSB No. 43068)
Jonathan W. Gonzalez, Esquire (VSB No. 92259)
Gordon Rees Scully Mansukhani, LLP
5425 Discovery Park Boulevard, Suite 200
Williamsburg, VA 23188
Telephone: (757) 903-0870
Facsimile: (757) 401-6770
E: snorth@grsm.com
E: jwgonzalez@grsm.com

**SEEN AND AGREED**

/s/ Kristen L. Loesch
Kristen L. Loesch, Esq.
Giovanna R. Bonafede, Esq.
Praemia Law, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
Telephone: (703) 399-3603
Facsimile: (703) 861-7295

Edward Kinberg, Esq.
*Pro Hac Vice* (Florida Bar No. 996742)
Stewart Law
525 Gus Hipp Blvd., Ste. D.
Rockledge, FL 32955
Telephone: (321) 541-6845 x. 3206
Facsimile: (321) 406-1000